

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 1, 2023

<u>BY ECF</u>

| | |
|---|---|
| The Honorable Mary Kay Vyskocil | The Honorable Ronnie Abrams |
| United States District Judge | United States District Judge |
| Southern District of New York | Southern District of New York |
| 500 Pearl Street | 40 Foley Square |
| New York, New York 10007 | New York, New York 10007 |

      Re:    *United States v. Vladimir Voronchenko*, 23 Cr. 73 (MKV)
             *United States v. 19 Duck Pond Lane, et al.*, 23 Civ. 1545 (RA)

Dear Judge Vyskocil and Judge Abrams:

      Pursuant to Local Civil Rule 1.6, the Government respectfully submits this letter to inform the Court as to the factual overlap between two related cases. The Indictment in *United States v. Vladimir Voronchenko*, 23 Cr. 73 (MKV) (the "Indictment") was returned on February 7, 2023. The civil forfeiture Complaint in *United States v. All That Lot Or Parcel of Land Located At 19 Duck Pond Lane, et al.,* 23 Civ. 1545 (RA) (the "Complaint") was filed on February 24, 2023. The Indictment charges Voronchenko with, among other things, violating U.S. sanctions, conspiracy to violate U.S. sanctions, money laundering, and conspiracy to commit money laundering, in connection with U.S. real estate beneficially owned by sanctioned Russian oligarch Viktor Vekselberg (the "U.S. Properties"). The criminal violations alleged in the Indictment and the transactions concerning the U.S. Properties at issue in the Indictment form the factual and legal bases of the Civil Forfeiture Complaint.

                                                                                  Respectfully submitted,

                                                                                DAMIAN WILLIAMS
                                                                                United States Attorney for the
                                                                                Southern District of New York

                                                             By:   /s/_____
                                                                                Jessica Greenwood
                                                                                 Joshua A. Naftalis
                                                                                 Sheb Swett
                                                                                 Assistant United States Attorneys
                                                                                 (212) 637-1090/2310/6522